**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7394

ROBIN SNURKOWSKI,

Petitioner - Appellant,

versus

RONALD ANGELONE; ATTORNEY GENERAL OF VIRGINIA,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-97-1203-AM)

Submitted: January 13, 2000          Decided: January 20, 2000

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robin Snurkowski, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robin Snurkowski seeks to appeal the district court's order denying his motion for reconsideration of the dismissal of his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Snurkowski's motion to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. See Snurkowski v. Angelone, No. CA-97-1203-AM (E.D. Va. Aug. 11, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on August 10, 1999, the district court's records show that the order was entered on the docket sheet on August 11, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).